IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| TERRY ANISTEAD, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No. 14-cv-03242-PWG |
| REGENCY MANAGEMENT SERVICES, LLC., et al. | * |
| Defendants | * |

_____/

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, Defendants, Regency Management Services, LLC, Regency Furniture, Inc., Regency Furniture of Brandywine, Inc., and Abdul Ayyad are privately owned entities and not publicly traded.  No other entity has a financial interest in this matter.

December 5, 2014                                    Respectfully submitted,

                                                                /S/
                                                    Eric Hemmendinger
                                                    SHAWE & ROSENTHAL, LLP
                                                    One South Street, Suite 1800
                                                    Baltimore, MD 21202
                                                    410-752-1040 Telephone
                                                    410-752-8861 Facsimile
                                                    eh@shawe.com

                                                                /S/
                                                    Michael Scott McIntyre
                                                    BAKER & HOSTETLER
                                                    312 Walnut Street, Suite 3200
                                                    Cincinnati, OH  45202-4074
                                                    513- 929-3400 Telephone
                                                    (513) 929-0303 Facsimile
                                                    smcintyre@bakerlaw.com

                                                    *Attorneys for Defendants*

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 5th day of December, 2014, a copy of Defendants' Disclosure of Corporate Interest was served via the Court's Electronic Case Filing System upon:

>Richard P. Neuworth, Esquire
>Devan M. Wang, Esquire
>Lebau & Neuworth, LLC
>606 Baltimore Avenue, Suite 201
>Baltimore, MD 21204
>
>James A. Lanier, Esquire
>The Law Offices of Peter T. Nicholl
>36 S. Charles Street, Suite 1700
>Baltimore, MD 21201
>
>*Attorneys for Plaintiffs*

>/S/
>Eric Hemmendinger

439610